**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 86-cv-00249-LTB

RUSSELL KUEKER,

       Plaintiff,

v.

JESSIE WRIGHT, et al,

       Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

       Plaintiff's Motion for Status (Doc 2 - filed June 28, 2005) and Request for Court to Issue an Order re: Garnishment (Doc 1 - filed June 3, 2005) are DENIED WITHOUT PREJUDICE.

       The Clerk of the Court is directed to send a copy of this Minute Order to Plaintiff at the following address in addition to the address already in the electronic notification system:

           Russell A. Kueker #46721
           DRDC INF Rm. 10
           P.O. Box 392004
           Denver, CO 80239-8004

Dated: March 13, 2006
_____