IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 86-cv-00249-LTB-MEH

RUSSELL A. KUEKER,

      Plaintiff,

v.

JESSIE WRIGHT, et al.,

      Defendants.

## ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Plaintiff requests an order that will prohibit the Sterling Correctional Facility from opening his legal mail that is related to this lawsuit [Docket #11]. Pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C. COLO. L.Civ.R 72.1, this matter has been referred to this Court for resolution. Plaintiff argues that staff at the Sterling Correctional facility wrongfully open his legal mail that is marked confidential and delay mail that is both received and sent by Plaintiff.

The regulations from which Plaintiff seeks relief are prison conditions that are subject to the administrative remedies process. *Hunt v. Ortiz*, 84 Fed. Appx. 34 (10th Cir. Dec. 17, 2003) (finding that failure to exhaust a challenge of administrative regulations requires dismissal). Plaintiff does not allege or establish that he has exhausted his administrative remedies with regard to this request. Thus, Plaintiff must first seek relief through the appropriate prison grievance process before this Court can exercise jurisdiction over the relief Plaintiff seeks. *See Horton v. Ortiz*, 138 Fed. Appx. 104 (10th Cir. June 23, 2005).

Accordingly, Plaintiff's Request for an Order to Stop Sterling Correctional facility from

2

Opening Legal Mail [Filed July 18, 2006; Docket #11] is **denied**.

Dated at Denver, Colorado this 20th day of July, 2006.

BY THE COURT:

s/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge