**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  86-cv-00249-LTB-MEH

RUSSELL A. KUEKER,

       Plaintiff,

v.

JESSIE WRIGHT, et al.,

       Defendant.

_____

**ORDER**
_____

Upon Plaintiff's Motion for Reconsideration re: Order on Motion for Order (Doc 15 - filed July 25, 2006), it is

ORDERED that the Motion is DENIED.

BY THE COURT:

   s/Lewis T. Babcock            
Lewis T. Babcock, Chief Judge

DATED:   July 26, 2006