IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 86-cv-00249-LTB-MEH

RUSSELL A. KUEKER,

      Plaintiff,
v.

JESSIE WRIGHT, et al.,

      Defendants.

## ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is Plaintiff's Motion to Demand for Judgment [Docket #6]. Pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C. COLO. L.Civ.R 72.1, this matter has been referred to this Court for resolution. For the reasons set forth below, Plaintiff's Motion is **denied**.

This lawsuit was originally filed in 1986. At that time, Plaintiff sought and received default judgment against Defendant Jessie Wright in the amount of $100,000.00 plus interest. Plaintiff also served a Writ of Garnishment allegedly against Defendant's employer. Plaintiff now seeks this Court's assistance in collecting on this judgment and asks the Court to seize all money and property necessary to satisfy the judgment.

As an initial matter, the Court notes that Plaintiff's Writ of Garnishment was returned by Defendant's alleged employer with the statement that Defendant was no longer employed there. Thus, no monies were previously collected in this case in partial satisfaction of Plaintiff's default judgment against Defendant Jessie Wright.

Moreover, now that Plaintiff has received a default judgment, it his responsibility to collect

on that judgment, not the responsibility of the Court. While the Clerk of the Court can issue Writs of Garnishment to authorize the collection of a judgment, Plaintiff must first locate and identify those assets which are subject to Garnishment. In this regard, he should seek the advice and assistance of counsel. As such, the Court can offer no relief to Plaintiff that he has not presently obtained, namely an Order of Default Judgment against Defendant Jessie Wright.

Accordingly, Plaintiff's Motion to Demand for Judgment [Filed May 25, 2006; Docket #6] is **denied**.

Dated at Denver, Colorado this 10th day of August, 2006.

BY THE COURT:

s/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge